EDITH MASON FAXON, Respondent, v. JOHN MASON, Appellant, Impleaded with Another.

87h 139
61ad106

*Motion papers to be definitely specified in the order — rule 3.*

It is necessary, in order that there should not be confusion and dispute as to the papers used upon a motion, that they should be so definitely specified that they can be easily identified.

This is the requirement of rule 3 of the General Rules of Practice in respect to orders entered on non-enumerated motions, and the words "and on all the papers and proceedings herein" are too indefinite to comply with such rule.

APPEAL by the defendant, John Mason, from an order of the Supreme Court made at the New York Special Term and entered in the office of the clerk of the county of New York on the 14th day of March, 1895, denying his motion to resettle an order of the Supreme Court, made at the New York Special Term on the 5th day of February, 1895, and entered in said clerk's office, by striking from such order the words "and from all papers and proceedings herein."

*Franklin Bien,* for the appellant.

*Howard A. Taylor,* for the respondent.

PER CURIAM:

Upon settling the order upon the motion in question there was a recital of certain papers used upon such motion, together with a statement in this general language: "And on all the papers and proceedings herein."

This language is so indefinite and uncertain that it is impossible for the court to determine what papers were before the court and considered by it upon the hearing of the motion. It is necessary, in order that there should not be confusion and dispute as to the papers used upon a motion, that they should be so definitely specified that they can be easily identified and that there may be no confusion or dispute in reference thereto. This is manifestly the requirement of rule 3 of the General Rules of Practice, which requires that, in every order entered on a non-enumerated motion, all the papers used or read on the motion on either side shall be specified in the order.

The words objected to are too indefinite and do not comply with the rule.

The order should be reversed, with ten dollars costs and disbursements. ·

Present — Van Brunt, P. J.; O'Brien and Follett, JJ.

Order reversed, with ten dollars costs and disbursements.